IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELBERT PAUL WALKER,<br><br>        Petitioner,<br>    v.<br><br>HARRY WILSON, *et al.*,<br><br>        Respondents. | Civil Action No. 99-1860<br>Judge Lancaster<br>Magistrate Judge Caiazza |

## MEMORANDUM ORDER

Delbert Paul Walker's petition for writ of habeas corpus was denied on February 27, 2001. He has now filed a Motion for Relief from Judgment (Doc. 18). Magistrate Judge Caiazza filed a Report and Recommendation (Doc. 20) on June 2, 2008, recommending that the Motion be denied. The Petitioner has filed two sets of objections (Docs. 21 and 22).

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections filed thereto, the following order is entered:

AND NOW, this 25th day of June, 2008, IT IS HEREBY ORDERED that the Motion for Relief (Doc. 18) is DENIED. The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 20), dated June 2, 2008, is adopted as the opinion of the court.

BY THE COURT

_____, J.

cc: DELBERT PAUL WALKER
BL-5805
SCI Cresson
P.O. Box A
Cresson, PA 16699